**Curtis L. FREEMAN, Plaintiff–Appellant,**

v.

**1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND, Defendant–Appellee.**

No. 12–1515.

United States Court of Appeals, Second Circuit.

March 19, 2014.

Curtis L. Freeman, Brooklyn, NY, pro se.

Suzanne A. Metzger, Assistant General Counsel, 1199 SEIU Benefit & Pension funds, New York, NY, for Defendant–Appellee.

PRESENT: DENNIS JACOBS and ROSEMARY S. POOLER, Circuit Judges, NELSON S. ROMÁN,* District Judge.

### SUMMARY ORDER

Curtis L. Freeman, *pro se*, appeals the district court's grant of summary judgment in favor of 1199 SEIU Health Care Employees Pension Fund ("Fund") in Freeman's suit alleging that the Fund failed to properly compute his entitlements under a defined benefit pension plan. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir.2003). We are required to resolve all ambiguities and draw all inferences in favor of the nonmovant; "[t]he inferences to be drawn from the underlying affidavits, exhibits, interrogatory answers, and depositions must be viewed in the light most favorable to the party opposing the motion." *Nationwide Life Ins. Co. v. Bankers Leasing Ass'n*, 182 F.3d 157, 160 (2d Cir.1999) (quoting *Cronin v. Aetna Life Ins. Co.*, 46 F.3d 196, 202 (2d Cir.1995)).

Here, an independent review of the record and relevant case law reveals that the district court properly granted summary

judgment to the Fund. We affirm for substantially the same reasons stated by the district court in its decision filed March 30, 2012.

We have considered all of Freeman's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.